UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAMIREZ, | No. 2:13-cv-0600 KJN P |
| Plaintiff, | |
| v. | ORDER |
| P.A. MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2014, an order addressed to plaintiff was returned as undeliverable, marked "deceased." Inasmuch as defendants had not yet been served with process, the court will ask the Supervising Deputy Attorney General to confirm whether or not plaintiff is deceased and, if so, provide the court with the name of plaintiff's next of kin, so that the statement pursuant to Federal Rule of Civil Procedure 25(a)(3) can be served. See Fed. R. Civ. P. 5 and 4, respectively; see also Fed. R. Civ. P. 25(a)(3); Barlow v. Ground, 39 F.2d 231, 233-34 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica Anderson; and

////

1

2. Within thirty days from the date of this order, the court requests that Supervising Deputy Attorney Monica Anderson confirm whether or not plaintiff is deceased and, if so, provide the court with the name and address of plaintiff's next of kin.

Dated: July 23, 2014

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rami0600.dea