1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW RAMIREZ,                          No.  2:13-cv-0600 KJN P

12              Plaintiff,

13        v.                                  SUGGESTION OF DEATH ON THE
                                              RECORD AND ORDER
14   P.A. MIRANDA, et al.,

15              Defendants.

16

17

18        Plaintiff was a state prisoner proceeding in forma pauperis.  On June 13, 2014, mail

19   addressed to plaintiff was returned marked "deceased."  On July 25, 2014, by special appearance,

20   the Supervising Deputy Attorney General confirmed that plaintiff died on November 15, 2013,

21   and identified plaintiff's next of kin as Andrew Ramirez, Jr., 4481 Heather Circle, Chino,

22   California  91710.

23        Substitution of a party upon his or her death is governed by Rule 25 of the Federal Rules

24   of Civil Procedure.  Fed. R. Civ. P. 25.  Rule 25(a)(1) provides:

25              If a party dies and the claim is not extinguished, the court may
                order substitution of the proper parties. A motion for substitution
26              may be made by any party or by the decedent's successor or
                representative.  If the motion is not made within 90 days after
27              service of a statement noting the death, the action by or against the
                decedent must be dismissed.

28

1    Fed. R. Civ. P. 25(a)(1).  Thus, if the death of a party is suggested on the record, the party who

2    wishes to substitute for the deceased has ninety days to file a motion for substitution.  Id.  If the

3    substituting party fails to file a motion for substitution within the required ninety days, the court

4    must dismiss the action.  Id.  The Ninth Circuit has confirmed that the suggestion of death upon

5    the record must be served on nonparties pursuant to Rule 4 of the Federal Rules of Civil

6    Procedure.  Barlow v. Ground, 39 F.3d 231, 233-34 (9th Cir. 1994).

7         By order filed June 5, 2014, plaintiff's complaint was dismissed, and plaintiff was granted

8    thirty days in which to file an amended complaint.[1]  Thus, at present, it is unclear whether any of

9    plaintiff's claims survive his death.  Given the state of this record, it is also unclear whether

10   plaintiff's successor in interest, if any, could allege facts demonstrating a violation of plaintiff's

11   constitutional rights.

12        Therefore, the court will provide plaintiff's next of kin with an opportunity to waive

13   personal service of the instant order, Fed. R. Civ. P. 4(d), and file either a motion for substitution

14   pursuant to Rule 25 of the Federal Rules of Civil Procedure, or a notice that he does not intend to

15   pursue this action.  Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a

16   proper party must be made no later than ninety days after the death is suggested upon the record,

17   and must be accompanied by a notice of hearing.  Fed. R. Civ. P. 25(a)(1), (3).

18        The undersigned directs the Clerk of the Court to serve this order on plaintiff's next of

19   kin, along with a copy of the June 5, 2014 order (ECF No. 10), the July 25, 2014 response (ECF

20   No. 14), and a postage paid return envelope.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  Plaintiff's November 15, 2013 death is suggested on the record.

23        2.  Within forty-five days from the date of this order, plaintiff's next of kin, Andrew

24   Ramirez, Jr., is requested to complete and file the appended Notice.

25        3.  The Clerk of the Court is directed to serve this order, a copy of the June 5, 2014 order

26   (ECF No. 10), and the July 25, 2014 response (ECF No. 14),  on plaintiff's next of kin, Andrew

27

28   _____
     [1]  No defendant has been served with process.

2

1  Ramirez, Jr., 4481 Heather Circle, Chino, California  91710, and include a postage paid return

2  envelope addressed to the court.

3  Dated:  July 30, 2014

4

5  rami0600.dea2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW RAMIREZ,                              No.  2:13-cv-0600 KJN P

12                 Plaintiff,

13          v.                                    NOTICE

14   P.A. MIRANDA, et al.,

15                 Defendants.

16

17          Pursuant to the court's July, 2014 order, Andrew Ramirez, Jr., responds as follows:

18          _____        I agree to waive personal service of the suggestion of death upon

19   the record for my father, Andrew Ramirez, the plaintiff herein.  Fed. R. Civ. P. 4(d).

20          _____        I am my father's successor or representative, and I

21                 _____ intend to file a motion for substitution; or

22                 _____ do not intend to pursue this action

23          I declare under penalty of perjury that the above and foregoing is true and correct.

24   DATED:        _____

25

26                                         _____

                                           Andrew Ramirez, Jr.

27

28

                                           1